IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER: 7:13-CR-27 (HL) |
| STUART C. COLE | : |

## ORDER OF CONTINUANCE

The Court having examined the government's motion to continue this matter as to Defendant Stuart Cole, with the consent of the defendant, and the Court having previously granted a motion to continue the matter as to co-defendants Mark Simpson and Stephanie Simpson, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this 26th day of September, 2013.

s/Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ROBERT D. McCULLERS
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY